IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


UNITED STATES OF AMERICA    )
           )
   v.            )     <u>No. 1:17-CR-10006-001</u>
           )
           )
MEREDITH ATWELL       )


## **ORDER TO DISMISS**

The Court, after having reviewed the Motion to Dismiss filed by the United States of America in this matter, finds the motion ripe for consideration. The Court hereby dismisses the Indictment pending against the Defendant in Case No. 1:17-CR-10006 with prejudice.

IT IS SO ORDERED this 20th day of February, 2019.


/s/ Susan O. Hickey         
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE